IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MICHAEL CRUZ-REYES<br>2) JOVANA ORTEGA-OLIVERAS<br>3) EVDA GARCIA-KUILAN<br>4) CARMEN RIVERA-VAZQUEZ<br>5) JESSICA RODRIGUEZ-VAZQUEZ<br>6) JORGE MELECIO-SANCHEZ<br>7) MELVIN MONTANO-CRUZ<br>Defendants | CRIMINAL 99-0263CCC |

# O R D E R

The United States of America's Motion to Withdraw as the Assistant United States Attorney Assigned to the Case filed on February 2, 2005 (**docket entry 266**) is GRANTED. The Clerk of Court and the parties shall take notice that Assistant U. S. Attorney David Rivera is no longer responsible for the prosecution in this case.

SO ORDERED.

At San Juan, Puerto Rico, on February 23, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge